IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH GUALTIERI, | ) | |
| | ) | Civil Action No. 07 - 1225 |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Lisa Pupo Lenihan |
| v. | ) | |
| | ) | |
| NATIONAL ENTERPRISE SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

**IT IS ORDERED** this 24th day of October, 2007, that the Notice of Voluntary Dismissal (Doc. No. 4) filed on October 23, 2007, which this Court interprets as a Motion to Dismiss, is **GRANTED**.  The Clerk of Court is directed to mark this case closed.

BY THE COURT:

s/Lisa Pupo Lenihan
LISA PUPO LENIHAN
U.S. MAGISTRATE JUDGE

cc:    Counsel of record.